United States Court of Appeals
Fifth Circuit

**F I L E D**

June 25, 2007

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

No. 05-60874
Summary Calendar

MOSES APPOH ADAMS,

Petitioner,

versus

ALBERTO R. GONZALES,
U.S. ATTORNEY GENERAL,

Respondent.

**Petition for Review of an Order of the
Board of Immigration Appeals
(A78 551 607)**

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Moses Appoh Adams, a citizen of Ghana, challenges the Board of Immigration Appeals' (BIA) denial of his motion to reopen. The Government contends Adams' petition for review is timely *only* as to the denial of his motion to reconsider, while his brief challenges *only* the denial of his motion to reopen. We agree.

Because Adams' petition for review was *not* filed within 30 days of the denial of the motion to reopen, it is dismissed as to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that denial.  *See* 8 U.S.C. § 1252(b)(1); ***Karimian-Kaklaki v. INS***, 997 F.2d 108, 111 (5th Cir. 1993).  Adams' petition is timely as to the BIA's denial of his motion to reconsider.  Adams has waived review of that denial, however, by failing to challenge it in his brief.  *See **Rodriguez v. INS***, 9 F.3d 408, 414 n.15 (5th Cir. 1993); ***Calderon-Ontiveros v. INS***, 809 F.2d 1050, 1052 (5th Cir. 1986).  Therefore, his petition is denied as to the BIA's denial of his motion to reconsider.

*PETITION DISMISSED IN PART AND DENIED IN PART*